IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01359-LTB-PAC

GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation,

Plaintiff,

v.

THE GREAT INDOORS,

Defendant.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

IT IS **HEREBY ORDERED** that Defendant The Great Indoors' Motion for Leave to File Amended Designation of Non Parties at Fault Pursuant to C.R.S. §13-21-111.5 Pursuant to the Court's January 22, 2007 Order (Doc. #17), filed January 29, 2007, is **GRANTED.**

Defendant The Great Indoors' Amended Designation of Non-Parties at Fault Pursuant to C.R.S. §13-21-111.5, submitted as Ex. B to Doc. #17, **shall be filed this date**.

Dated:  January 30, 2007

_____

The undersigned certifies that a copy of the foregoing Minute Order was served on January 30, 2007, by: (*) Delivery to; by: (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

_____

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## **CERTIFICATE OF MAILING**

Civil Action No.  06-cv-

The undersigned certifies that a copy of the foregoing Order Setting Scheduling/Planning Conference  was served on January 30, 2007 by: (*) Delivery to; or by (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

_____
Deputy Clerk