IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01359-LTB-PAC

GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation,

     Plaintiff,

v.

THE GREAT INDOORS,

     Defendant.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

IT IS HEREBY **ORDERED** that the Motion to Vacate and Reschedule Settlement Conference Scheduled for April 10, 2007 [filed March 26, 2007; Doc. No. 31] is **GRANTED** as follows:

The Settlement Conference set for April 10, 2007 is ***vacated and reset*** to **April 23, 2007 at 9:00 a.m.**, 5th Floor, Arraj Courthouse.  Confidential Settlement Statements are due on or before **April 18, 2007** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge O. Edward Schlatter.

***Counsel and parties with full authority to settle must be present.***

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  March 28, 2007